UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

|  |  |
|---|---|
| ATLANTA COMMUNITY SCHOOLS, a Michigan general powers school district, ERIC DeROUCHIE and REGINA DeROUCHIE as Parents and Next Friends of their minor son, T.C. and CYNTHIA PORTILLO, as Parent and Next Friend of her minor daughter, E.P. and JASON PRYOR & JENNIFER PRYOR as Parents and Next Friends of their minor daughter, K.P., <br><br>  Plaintiffs, <br> v <br><br> ALPENA-MONTMORENCY-ALCONA EDUCATIONAL SERVICE DISTRICT, a Michigan intermediate school district, and STATE OF MICHIGAN, DEPARTMENT OF EDUCATION, <br><br>  Defendants. | Case No.: 1:11-cv-14361 <br><br> HON. THOMAS L. LUDINGTON |

| | |
|---|---|
| ROBERT A. LUSK (P 38122) <br> RICHARD E. KROOPNICK (P 25381) <br> Attorneys for Plaintiffs <br> 40950 Woodward Avenue <br> Suite 350 <br> Bloomfield Hills, Michigan  48304-5129 <br> 248/258-2850 | JEFFREY J. BUTLER (P45700) <br> SHARON LAPOINTE (P36495) <br> Attorneys for Counter-Plaintiff <br> AMA ESD <br> 2143 Commons Parkway <br> Okemos, MI  48864 <br> 517/349-4121 |
| DAVID A. WALLACE (P 24149) <br> GREGORY W. MAIR (P67465) <br> Attorney for Defendant <br> P.O. Box 1966 <br> Saginaw, Michigan  48605 <br> 989/790-0960 | |
| TRAVIS M. COMSTOCK (P72025) <br> TIMOTHY J. HAYNES (P41196) <br> Attorneys for Defendants STATE OF MICHIGAN, DEPARTMENT OF EDUCATION <br> Michigan Department of Attorney General <br> Health, Education & Family Services Division <br> P.O. Box 30758 <br> Lansing, MI  48909 <br> 517/373-7700 | |

**STIPULATION AND ORDER OF DISMISSAL**

NOW COME the above named Plaintiffs, by and through their attorneys, Robert Lusk and Richard Kroopnick, Defendant, ALPENA – MONTMORENCY – ALCONA EDUCATIONAL SERVICE DISTRICT ("AMA ESD") by and through its attorney, Gregory Mair, and Defendant, STATE OF MICHIGAN, DEPARTMENT OF EDUCATION, by and through its attorneys, Travis M. Comstock and Timothy J. Haynes, and hereby stipulate and agree that the above cause be dismissed without costs to any party, but with prejudice as to the Plaintiffs.

The Counter-Plaintiff, AMA ESD, by and through its attorneys, Jeffrey Butler of LaPointe & Butler, P.C., and the Counter – Defendant, ATLANTA COMMUNITY SCHOOLS, by and through its attorneys, Robert Lusk and Richard Kroopnick, hereby stipulate and agree that the Counter Claim filed by AMA ESD be dismissed (subject to ratification of the AMA ESD Board of Education) without costs to either party, but with prejudice as to Counter-Plaintiff, AMA ESD.

Dated:  November 29, 2012         s/ROBERT A. LUSK (P38122)
                                  Attorney for Plaintiff & Counter-Defendant
                                  Atlanta Community Schools

Dated:  November 29, 2012         s/ROBERT A. LUSK (P38122)
                                  Attorney for Plaintiff Eric DeRouchie and
                                  Regina DeRouchie as Parents and Next
                                  Friends of their minor son, T.C.

Dated:  November 29, 2012         s/ROBERT A. LUSK (P38122)
                                  Attorney for Plaintiff Cynthia Portillio, as
                                  Parent and Next Friend of her minor
                                  daughter, E.P.


Dated:  November 29, 2012         s/ROBERT A. LUSK (P38122)
                                  Attorney for Plaintiff Jason Pryor and
                                  Jennifer Pryor as Parents and Next
                                  Friends of their minor daughter, K.P.


Dated: November 29, 2012          s/TRAVIS M. COMSTOCK (P72025)
                                  Attorney for Defendant State of Michigan,
                                  Department of Education


Dated:  November 29, 2012         s/GREGORY W. MAIR (P 67465)
                                  Attorney for Defendant, Alpena-
                                  Montmorency-Alcona Educational Service
                                  District


Dated:  November 29, 2012         s/JEFFREY J. BUTLER (P 45700)
                                  Attorney for Counter - Plaintiff AMA ESD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| ATLANTA COMMUNITY SCHOOLS, a Michigan general powers school district, ERIC DeROUCHIE and REGINA DeROUCHIE as Parents and Next Friends of their minor son, T.C. and CYNTHIA PORTILLO, as Parent and Next Friend of her minor daughter, E.P. and JASON PRYOR & JENNIFER PRYOR as Parents and Next Friends of their minor daughter, K.P., <br><br>    Plaintiffs, <br>v <br><br>ALPENA-MONTMORENCY-ALCONA EDUCATIONAL SERVICE DISTRICT, a Michigan intermediate school district, and STATE OF MICHIGAN, DEPARTMENT OF EDUCATION, <br><br>    Defendants. | Case No.: 1:11-cv-14361 <br><br>HON. THOMAS L. LUDINGTON |

| | |
|---|---|
| ROBERT A. LUSK (P 38122) <br>RICHARD E. KROOPNICK (P 25381) <br>Attorneys for Plaintiffs <br>40950 Woodward Avenue <br>Suite 350 <br>Bloomfield Hills, Michigan  48304-5129 <br>248/258-2850 | JEFFREY J. BUTLER (P45700) <br>SHARON LAPOINTE (P36495) <br>Attorneys for Counter-Plaintiff <br>AMA ESD <br>2143 Commons Parkway <br>Okemos, MI  48864 <br>517/349-4121 |

DAVID A. WALLACE (P 24149)
GREGORY W. MAIR (P67465)
Attorney for Defendant
P.O. Box 1966
Saginaw, Michigan  48605
989/790-0960

TRAVIS M. COMSTOCK (P72025)
TIMOTHY J. HAYNES (P41196)
Attorneys for Defendants STATE OF MICHIGAN,
DEPARTMENT OF EDUCATION
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758

Lansing, MI  48909
517/373-7700

_____

### ORDER OF DISMISSAL

Upon reading the hereinabove Stipulation of Dismissal between the above parties and the Court being fully advised in the premises;

It is **ORDERED** that Plaintiffs' complaint and Counter-Plalintiff's counterclaim are **DISMISSED** without costs to the parties but with prejudice as to the Plaintiffs and Counter-Plaintiff, respectively.

This is a final order and closes the case.


Dated: December 3, 2012                                s/Thomas L. Ludington
                                                       THOMAS L. LUDINGTON
                                                       United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 3, 2012.
                              s/Tracy A. Jacobs
                              TRACY A. JACOBS

2